UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON TUCKER,
    Plaintiff,

-v-

                                                      Case No. C2-10-225
                                                      JUDGE SARGUS
                                                      Magistrate Judge Kemp

FRANKLIN COUNTY SHERIFF'S
DEPARTMENT, ET AL.,
    Defendants.

## AMENDED ORDER SETTING TRIAL DATE

The Court's Order Setting Trial Date entered on March 28, 2011 (Doc.# 17) is hereby **VACATED** in its entirety. The parties shall adhere to the following amended **trial schedule:**

**Summary:**

| | |
|---|---|
| January 17, 2012 | Confidential assessment for settlement conference. See Section B of Doc. # 17 for an explanation, and also for the parties' obligations prior to and during the Settlement Conference. |
| January 24, 2012<br>Tues., 9:30 am | Settlement conference. Parties shall inform the Court whether they intend to handle exhibits electronically. The Courtroom which will be used for the trial is fully equipped to handle electronic exhibits. |
| January 30, 2012 | Statement of witnesses, designations of deposition portions, and exhibit lists. Proposed case-specific jury instructions to be served on opposing counsel. (If the case will not be tried to a Jury, counsel shall disregard this provision and other provisions of this Order relating to Jury issues). |
| February 6, 2012 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| February 13, 2012 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| February 20, 2012 | Final pretrial order due. General areas of questions for voir dire. |
| February 23, 2012<br>9:00 am | Final pretrial conference. |

March 5, 2012               Voir dire, Trial - opening statements, presentation of evidence.

      The parties are directed to refer to the Court's <u>Original</u> Scheduling Order Setting Trial Date <u>(Doc. #17, filed 03/28/11)</u> for substantive direction as to the foregoing deadlines.

      **IT IS SO ORDERED.**

9-6-2011
**Date**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**